In the Matter of THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, against RICHARD P. LIMBURG et al., Constituting the Town Board of the Town of North Castle, Appellants. (Two proceedings.)

Submitted June 9, 1941; decided June 19, 1941.

*James B. Stilson* for motion.

*Clyde Brown, Jr.,* and *Clive C. Handy* for respondent.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the appeal does not lie under section 590 of the Civil Practice Act.